In the Matter of the Application of EDGAR PHILIP EATON for Admission to Practice as an Attorney and Counselor at law. (From the States of Wisconsin and Florida.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of GEORGE W. HUFSMITH for Admission to Practice as an Attorney and Counselor at Law. (From the State of Indiana.)— Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of JOHN M. KEATING for Admission to Practice as an Attorney and Counselor at Law. (From the State of Colorado.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of RALPH CHASE ROPER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Nebraska.)— Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of CLYDE W. SAVERY for Admission to Practice as an Attorney and Counselor at law. (From the State of Iowa.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

SOPHIE SHACKNOW, Respondent, v. DAVID SHACKNOW, Appellant.— Order adjudging defendant in contempt for non-payment of alimony reversed on the law and the facts, without costs, and the matter remitted to the Special Term to inquire into all the facts and circumstances, by means of testimony, to ascertain if defendant is actually in contempt of court. The appeal from the order denying motion for reargument is dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.